IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEDRO GUTIERREZ,** | No. CIV S-06-1905 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 30 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

DATED: October 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
guti1905.eot