IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GUTIERREZ,<br><br>                    Petitioner,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>                    Respondents. | No. CIV S-06-1905 LKK DAD P<br><br>**ORDER** |

Upon considering Respondents' request, and good cause appearing therefore, Respondents shall have 30 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
guti1905.eot2