IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO GUTIERREZ,

    Petitioner,               No. CIV S-06-1905 LKK CHS P

    vs.

KEN CLARK, et al.,

    Respondents.         ORDER

_____/

    Petitioner has requested an extension of time to file objections to the Magistrate Judge's Findings and Recommendations entered November 7, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 19, 2008 request for an extension of time is granted, but only to the extent that a thirty day extension will be allowed; and

    2. Petitioner has thirty days from the date of this order in which to file his Objections to the Magistrate Judge's Findings and Recommendations.

DATED: December 23 , 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1